UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW TOBIAS,<br><br>               Plaintiff,<br><br>   v.<br><br>FEDERAL GOVERNMENT,<br><br>               Defendant. | CASE NO. 2:19-cv-02095-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See also* 2:19-cv-02017-JLR.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 31st day of December, 2019.

                                                                  BRIAN A. TSUCHIDA
                                                                   Chief United States Magistrate Judge