UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW TOBIAS, | Case No. C19-2095RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| FEDERAL GOVERNMENT, | |
| Defendant. | |

*Pro se* Plaintiff Andrew Tobias has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #4. The Complaint was posted on the docket on December 31, 2019. Dkt. #5. Summons has not yet been issued.

Mr. Tobias brings suit against "Federal Government" using a form complaint. Dkt. #5. For the "Basis of Jurisdiction," he has failed to check either the federal question box or diversity of citizenship box. Where the form asks him to list the specific federal statutes or laws at issue in this case, he wrote "all." Id. at 4. The "Statement of Claim" is not written in a way that the Court can understand. Mr. Tobias states "Federal government's 2029 year old psychic spying on my thoughts, psychic attacking me, and psychic trying to murder me 'hoo da bitch' campaign." *Id*. at 6. The Complaint continues in this fashion with dozens of attached

pages. It appears that Mr. Tobias is asking the Court to award in damages the cost of printing 500 printer pages. *See id.* at 6 and 36.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Mr. Tobias's Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are no coherent citations to law or references to an actual Defendant. The repeated references to psychic attacks indicates these claims are frivolous on their face. A lawsuit against the Federal Government will not be able to provide Mr. Tobias the relief that he requests or needs.

This Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B). In Response to this Order, Mr. Tobias must write a short statement telling the Court (1) the laws upon which his claims are based, (2) the facts giving rise to those claims, and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six (6) pages**. Mr. Tobias is not to file any attachments. The Court will take no further action in this case until he has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Mr. Tobias shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

DATED this 2nd day of January, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE