# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANDREW TOBIAS,

Plaintiff,

v.

FEDERAL GOVERNMENT,

Defendant.

Case No. C19-2095 RSM

ORDER OF DISMISSAL

This matter comes before the court sua sponte. *Pro se* Plaintiff Andrew Tobias has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #4. The Complaint was posted on the docket on December 31, 2019. Dkt. #5. Summons has not yet been issued.

On January 2, 2020, the Court issued an Order to Show Cause directing Mr. Tobias to "write a short statement telling the Court (1) the laws upon which his claims are based, (2) the facts giving rise to those claims, and (3) why this case should not be dismissed as frivolous." Dkt. #6. The response was due within 21 days. The Court warned that failure to file this response would result in dismissal of this case. Mr. Tobias failed to file a timely response.

Mr. Tobias brings suit against "Federal Government" using a form complaint. Dkt. #5. For the "Basis of Jurisdiction," he has failed to check either the federal question box or diversity of citizenship box. Where the form asks him to list the specific federal statutes or

ORDER OF DISMISSAL - 1

laws at issue in this case, he wrote "all." Id. at 4. The "Statement of Claim" is not written in a way that the Court can understand. Mr. Tobias states "Federal government's 2029 year old psychic spying on my thoughts, psychic attacking me, and psychic trying to murder me 'hoo da bitch' campaign." *Id*. at 6. The Complaint continues in this fashion with dozens of attached pages. It appears that Mr. Tobias is asking the Court to award in damages the cost of printing 500 printer pages. *See id.* at 6 and 36.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

The Court now finds that Mr. Tobias's Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are no coherent citations to law or references to an actual Defendant. The repeated references to psychic attacks indicates these claims are frivolous on their face. A lawsuit against the Federal Government will not be able to provide Mr. Tobias the relief that he requests. Given all of the above, the Complaint suffers from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Tobias's claims are DISMISSED and this case is CLOSED.

DATED this 24th day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE